IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL LEE CALLEGARI,

        Plaintiff,                   No. CIV S-06-0399 DFL DAD P

    vs.

DIRECTOR OF DEPARTMENT OF
CORRECTIONS WOODWARD, et al.,

        Defendants.             ORDER
_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 22, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed November 22, 2006, are adopted in full;

2. Plaintiff's application to proceed in forma pauperis is denied;

3. Plaintiff's claims against defendant Woodford, sued as defendant Woodward, are dismissed with prejudice as legally and factually frivolous and for failure to state a claim upon which relief can be granted; and

4. Plaintiff's claims against all other defendants are dismissed without prejudice to filing an action in the district court where venue is proper.

DATED: 9/3/07

_____
UNITED STATES DISTRICT JUDGE

/call0399.800

2